Steve Molnar, Appellant, v. State of New York, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

Lucy A. Roberts, Respondent, v. Fred Roberts et al., Appellants.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

Joan Shaw, an Infant, by Fred Shaw, Her Guardian ad Litem, et al., Respondents, v. Board of Education, Village of Fort Edward, Union School District No. 1, et al., Appellants.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Probate of the Will of Frank G. Snyder, Deceased.— Application for stay denied, without costs. The new date for the hearing should be fixed so as to give the objectant sufficient notice thereof. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

William P. Trinkle, Appellant, v. Joseph H. Smith & Co. Inc., et al., Defendants.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

In the Matter of the Claim of David Weinstein, Appellant, against Alabama Clothing Company et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.